# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CHELSEA WALTERS, JULIA GUERRA, and SIMONE McGRUDER,<br>　　　Plaintiffs,<br><br>v.<br><br>BWW RESOURCES, LLC d/b/a BUFFALO WILD WINGS,<br>　　　Defendant. | Case No. 3:21-cv-666-MMH-MCR |

## PLAINTIFFS NOTICE OF SETTLEMENT

**COME NOW** Plaintiffs, by and through the undersigned Counsel, and hereby give notice to the Court they have settled their claims with Defendant. The parties are in the process of executing paperwork to finalize the settlement.

Dated November 23, 2021.　　　　　　　**THE BONDERUD LAW FIRM, P.A.**

　　　　　　　　　　　　　　　　　　*/s/ Andrew Bonderud*
　　　　　　　　　　　　　　　　　　Andrew M. Bonderud, Esq.
　　　　　　　　　　　　　　　　　　Florida Bar No. 102178
　　　　　　　　　　　　　　　　　　2130 Riverside Ave.
　　　　　　　　　　　　　　　　　　Jacksonville, FL 32204
　　　　　　　　　　　　　　　　　　904-438-8082 (telephone)
　　　　　　　　　　　　　　　　　　904-800-1482 (facsimile)
　　　　　　　　　　　　　　　　　　Andrew@Jax.Lawyer
　　　　　　　　　　　　　　　　　　Kinnette@Jax.Lawyer
　　　　　　　　　　　　　　　　　　BonderudLaw@gmail.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I filed the foregoing document with the

Clerk of Court via the CM/ECF system, which will serve a notice of electronic

filing via email upon:

Jessica T. Travers, Esq.
JTravers@littler.com
Michele A. Ramos, Esq.
MRamos@littler.com
Counsel for Defendant

*/s/ Andrew Bonderud*
Attorney