# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CHELSEA WALTERS,
JULIA GUERRA and
SIMONE MCGRUDER,

      Plaintiffs,

v.                           Case No.   3:21-cv-666-MMH-MCR

BWW RESOURCES, LLC,
d/b/a Buffalo Wild Wings,

      Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Notice of Settlement (Dkt. No. 20; Notice) filed on December 13, 2021.  In the Notice, Plaintiffs advise the Court that the parties have reached a settlement in this matter.  See Notice at 1.  Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **February 14, 2022**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **February 14, 2022**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for March 20, 2023, is cancelled, and this case is removed from the April 2023, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of December, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record