**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHELSEA WALTERS,
JULIA GUERRA and
SIMONE MCGRUDER,

    Plaintiffs,

v.                                     Case No.   3:21-cv-666-MMH-MCR

BWW RESOURCES, LLC,
d/b/a Buffalo Wild Wings,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (Dkt. No. 22; Stipulation) filed on January 28, 2022.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear its own attorneys' fees, costs, and disbursements.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of January, 2022.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record